IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1403-JLK**

**ROCKY MOUNTAIN VISTA LIMITED PARTNERSHIP, an Arizona limited partnership,**

    Plaintiff,

v.

**G. JAE WEBSTER, an individual,**

    Defendant,

v.

**MARCUS & MILLICHAP INCORPORATED OF DENVER, and DOUGLAS A. DANNY,**

    Third Party Defendants.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

The Stipulated Motion to Amend Scheduling and Discovery Order (doc. #19), filed April 2, 2008, is **GRANTED**. The Scheduling and Discovery Order is amended as follows:

| | | |
|---|---|---|
| A. | Discovery cutoff | October 13, 2008 |
| B. | Dispositive Motion/Daubert Motion Deadline | November 11, 2008 |
| C. | Expert Witness Disclosure | August 11, 2008 |
| D. | Rebuttal Expert Witness Disclosure | September 11, 2008 |
| E. | Depositions of Parties | June 2008 |
| F. | Depositions of Percipient Witnesses | July 2008 |
| G. | Depositions of Experts | August/September 2008 |

---

Dated: April 3, 2008