IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 07-cv-01403-JLK-MEH

**ROCKY MOUNTAIN VISTA LIMITED PARTNERSHIP,**
an Arizona limited partnership,

    Plaintiff,

vs.

**G. JAE WEBSTER, an individual,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to Amend Scheduling and Discovery Order (Doc. #25), filed September 23, 2008, is GRANTED. The Scheduling and Discovery Order is hereby AMENDED to extend the discovery cutoff, dispositive motion deadline, rebuttal expert witness disclosure schedule and deposition schedule as follows:

| | | |
|---|---|---|
| A. | Discovery cutoff | November 28, 2008 |
| B. | Dispositive Motion and Daubert Motion Deadline | December 31, 2008 |
| C. | Rebuttal Expert Witness Disclosure | October 31, 2008 |
| D. | Depositions of Experts | November, 2008 |

Dated: September 23, 2008