IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**  07-cv-01403-CMA-MEH | **FTR – Courtroom C203** |
| **Date:**   December 15, 2008 | Cathy Coomes, Courtroom Deputy |

ROCKY MOUNTAIN VISTA LIMITED
PARTNERSHIP,

      Plaintiff,

v.

G. JAE WEBSTER,

      Defendant.

James A. McQueen

Joseph A. Cope

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**　　9:34 a.m.

Court calls case.  Appearances of counsel.  Also present:  Defendant G. Jae Webster

Discussion regarding the status of the case, Plaintiff's Motion Requesting an Order for Mediation (Doc. #35, filed 12/5/08), discovery needed, and extending deadlines.

**ORDERED:** 1.　　For reasons stated on the record, Plaintiff's Motion Requesting an Order for Mediation (Doc. #35, filed 12/5/08) is GRANTED.  A Settlement Conference will be held on **March 11, 2009, at 10:00 a.m.** Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  Each party shall submit a Confidential Settlement Statement  to Magistrate Judge Hegarty **on or before March 4, 2009,** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

　　　　　　2.　　A Final Pretrial Conference is set for **April 28, 2009, at 9:45 a.m.**  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect**

**format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before April 21, 2009.**

3.      Each side will be allowed to take five depositions. The depositions shall be completed by **February 17, 2009.**

4.      The dispositive motion deadline is extended to **March 23, 2009.**

**Court in recess:**    9:49 a.m.      (Hearing concluded)
Total time in court:    0:15