IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01403-CMA-MEH

ROCKY MOUNTAIN VISTA LIMITED PARTNERSHIP, an Arizona limited partnership,

    Plaintiff,

v.

G. JAE WEBSTER, an individual,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 6, 2009.**

    Defendant's Unopposed Motion to Amend Scheduling and Discovery Order [filed February 6, 2009; docket #45] is **granted**. The deadline to complete depositions in this matter is extended up to and including **February 20, 2009**.